UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| REPUBLIC STEEL, | ) | CASE NO. 5:14-cv-01018-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | |
| RAVANA INDUSTRIES, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

On November 25, 2014, Plaintiff applied for default under Fed. R. Civ. R. 55(b)(1). Pursuant to this application, the Court hereby grants and enters default in the amount of $4,150,519.00. The Clerk of Courts is ordered to resolve, as if filed subsequent to this Order, the following items still pending in this case:

    1) Praecipes for issuance of Certificate of Judgment Lien; '

    2) Praecipe for issuance of Certificate of Judgment for Registration in Another District; and

    3) Affidavit/Declaration of Attorney for Judgment Creditor in Support of Garnishment of Property Other than personal Earning.

IT IS SO ORDERED.

Dated:  December 17, 2014            /s/ Judge John R. Adams
                                                                             UNITED STATES DISTRICT JUDGE