United States District Court
Northern District of Ohio

Certificate of Judgment Lien Upon Lands and Tenements
§ 2329.02 Ohio Revised Code

Republic Steel

Civil Case No: 5:14cv1018

Plaintiff

Judge: Adams

vs.

Ravana Industries, Inc.

Defendant

I, Geri M. Smith, Clerk of the United States District Court for the Northern District of Ohio, do hereby certify that on December 17, 2014 there was entered in the record, in this Court, Eastern Division, at Akron, Ohio, in the above-entitled action judgment in favor of plaintiff Republic Steel and against defendant Ravana Industries, Inc.

in the amount of :
$4,150,519.00

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this Court at Akron, Ohio, this 17th day of December, 2014.

GERI M. SMITH, U. S. District Court

By: s/ Heidi L. Sultzbaugh
         Deputy Clerk