

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| REPUBLIC STEEL, | ) | CASE NO. 5:14-CV-01018 |
| | ) | |
| Judgment Creditor, | ) | JUDGE: JOHN R. ADAMS |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| RAVANA INDUSTRIES, INC., | ) | |
| | ) | |
| Judgment Debtor. | ) | |
| | ) | |

### SECTION B. ANSWER OF GARNISHEE

Now comes __The Huntington National Bank__, the Garnishee, who says:

1. That the Garnishee has money, property, or credits, other than personal earnings, of the Judgment Debtor under the Garnishee's control and in the Garnishee's possession.

    YES ____  NO ✓  If yes, give amount $ _____

2. That property is described as: Accounts Closed

3. If the answer to Line 1 is "YES" and the amount is less than the probable amount now due on the judgment, as indicated in Section (A) of this form, sign and return this form and pay the amount of Line 1 to the Clerk of this Court.

4. If the answer to Line 1 is "YES" and the amount is greater than that probable amount now due on the judgment, as indicated in Section (A) of this form, sign and return this form and pay the amount of Line 1 to the Clerk of this Court.

{01716311 - 1}



JAN - 5 20

5.  If the answer to Line 1 is "YES" but the money, property, or credits are of such a nature that they cannot be delivered to the Clerk of Court, indicate that by placing an "X" in this space: _____. Do not dispose of that money, property, or credits or give them to anyone else until further order of the Court.

6.  If the answer to Line 1 is "NO", sign and return this form to the Clerk of this Court.

I certify that the statements above are true.

The Huntington National Bank

**SHEILA RUSSELL**
**614-331-8782**
(Print Name and Title of Person Who Completed Form)

Signed: _Sheila Russell_
(Signature of Person Completing Form)

Dated this 29th day of December 2014