**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| REPUBLIC STEEL, | ) |
| | ) Case No. 5:14-cv-01018 |
| Plaintiff/Judgment-Creditor, | ) |
| | ) |
| v. | ) JUDGE JOHN R. ADAMS |
| | ) |
| RAVANA INDUSTRIES, INC., | ) |
| | ) MAGISTRATE JUDGE KATHLEEN |
| Defendant/Judgment-Debtor. | ) B. BURKE |
| | ) |

---

**PLAINTIFF/JUDGMENT CREDITOR'S NOTICE OF COMPLETED**
**SERVICE OF SUBPOENA *DUCES TECUM***

---

Plaintiff/Judgment-Creditor, Republic Steel, hereby gives notice that a Fed.R.Civ.P. 45

subpoena *duces tecum* was served in the within matter upon the following:

*Huntington Bancshares Financial Corporation*
*d/b/a The Huntington National Bank*

A copy of the subpoena with the completed Affidavit of Service is attached hereto for reference.

Respectfully submitted,

/s/ *Mark S. Fusco*
 Mark S. Fusco (Reg. No. 0040604)
    Email: mfusco@walterhav.com
    Direct Dial: 216-619-7839
 Sara Ravas Cooper (Reg. No. 0076543)
    Email: scooper@walterhav.com
    Direct Dial: 216-928-2898
WALTER | HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, OH  44114
(216) 781-1212 telephone
(216) 575-0911 facsimile

*Attorneys for Plaintiff/Judgment-Creditor,*
*Republic Steel*

{01762833 - 1}

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2015, a copy of the foregoing *Plaintiff/Judgment-Creditor's Notice of Completed Service of Subpoena Duces Tecum* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  In addition, a copy of the foregoing was sent to the following parties this date as noted below:

***Via Regular U.S. Mail and Certified Mail,
Return Receipt Requested***

Ravana Industries, Inc.
c/o William St. Vincent, Registered Agent
6170 Center Road (Rte 224)
Lowellville, Ohio 44436

　　　*~ and ~*

***Via Regular U.S. Mail and Certified Mail,
Return Receipt Requested***

Ravana Industries, Inc.
c/o William St. Vincent, Registered Agent
1514 Evergreen Avenue,
Pittsburgh, Pennsylvania 15209

　　　*~ and ~*

***Via Regular U.S. Mail and Certified Mail,
Return Receipt Requested***

Ravana Industries, Inc.
c/o William St. Vincent, Registered Agent
1902 Old Butler Road,
New Castle, Pennsylvania 16101

*Defendant/Judgment-Debtor*

　　　　　　　　　　　　　　　/s/ *Mark S. Fusco*　　　　　　
　　　　　　　　　　　　　　　Attorney for Plaintiff/Judgment-Creditor

2

{01762833 - 1}